IVAN K. MATHEW (SBN 011610)
SUSAN TURNER MATHEW (SBN: 012916)
**MATHEW & ASSOCIATES**
6245 N. 24th Parkway, Suite 207
Phoenix, Arizona 85016
Telephone: (602) 254-8088
ikmathew@mathewlaw.com
satmathew@mathewlaw.com

Attorneys for Defendant *James Norton*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES FRANKLIN NORTON, *et al.*,<br><br>Defendants. | No. CR-17-00713-PHX-JJT (JZB)<br><br>**NOTICE OF ERRATA RE: MOTION TO PRECLUDE INTRODUCTION OF CONFIDENTIAL MARITAL COMMUNICATIONS BY DEFENDANT NORTON [Doc. 102]**<br><br>*(Assigned to the Hon. John J. Tuchi)* |

Please take Notice that Page 7, Lines 7-9, of the Motion To Preclude Introduction Of Confidential Marital Communications By Defendant Norton (Doc. 102), should read "In this particular circumstance, Kelly Norton states that she did not want to be part of an alleged crime of purchasing land with Mr. Johnson."

RESPECTFULLY SUBMITTED this 23rd day of March, 2018.

                    MATHEW & ASSOCIATES

                    By: /s/ *Ivan K. Mathew*
                          Ivan K. Mathew
                          Susan T. Mathew
                          Attorneys for *Defendant James Norton*

ORIGINAL e-filed and COPY of the foregoing served via the CM/ECF System or U.S. Mail on March 23, 2018, to:

Elizabeth A. Strange, U.S. District Attorney
Frederick A. Battista, Assistant U.S. Attorney
Frank T. Galati, Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Ste. 1200
Phoenix, Arizona 85004

Patricia A. Gitre
Patricia A. Gitre, P.L.C.
801 N 1st Avenue
Phoenix, AZ 85003
Attorneys for *Defendant Gary L. Pierce*

Woodrow Thompson
Hannah H. Porter
Gallagher & Kennedy, P.A.
2727 East Camelback Rd
Phoenix, AZ 85016-9225
Attorneys for *Defendant George H. Johnson*

Ashley D. Adams
Ashley D. Adams, P.L.C.
8245 N. 85th Way
Scottsdale, AZ 85258
Attorneys for *Defendant Sherry A. Pierce*

*DD Waldron*