IVAN K. MATHEW (SBN 011610)
SUSAN TURNER MATHEW (SBN: 012916)
**MATHEW & ASSOCIATES**
6245 N. 24th Parkway, Suite 207
Phoenix, Arizona 85016
Telephone: (602) 254-8088
ikmathew@mathewlaw.com
satmathew@mathewlaw.com

Attorneys for Defendant *James Norton*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>     Plaintiff,<br><br>  v.<br><br>James Franklin Norton, *et al.*,<br><br>     Defendants. | No. CR-17-00713-PHX-JJT (JZB)<br><br>**NORTON'S MOTION IN LIMINE #1: MOTION TO PRECLUDE USE OF STATE LAW AS BASIS FOR PROVING FEDERAL CRIME**<br><br>(Oral Argument Requested)<br><br>(Assigned to the Hon. John J. Tuchi) |

Defendant James Franklin Norton, represented by Ivan K. Mathew, requests the Court to preclude the government from attempting to use state law as a basis for proving a federal crime.

The Government has indicated that it will use alleged violations of state disclosure laws to prosecute this case in Federal Court. This is not allowed. *United States v. Weyhrauch,* 623 F3d 707, 783 (9th Cir. 2010). After remand from the U.S. Supreme Court, the Ninth Circuit in *Weyhrauch* held *U.S. v. Skilling,* 561 U.S. 358 (2010) precluded the government from offering evidence "of a knowing concealment of a conflict of interest." Subsequently, in *U.S. v. Garrido, 713* F3d 985 (9th Cir. 2013), the Ninth Circuit held the failure to disclose a conflict of interest in a state disclosure form cannot support a federal

conviction as it would be unconstitutional. *Id* at 999.

Accordingly, it is respectfully requested that the Court preclude the government from utilizing state law as the basis of prosecution in this Court.

RESPECTFULLY SUBMITTED this 20th day of April, 2018.

MATHEW & ASSOCIATES


By: /s/ Ivan K. Mathew
Ivan K. Mathew
Attorneys for *Defendant James Norton*

PATRICIA A. GITRE, P.L.C.


By: /s/ Patricia A. Gitre *(w/permission)*
Patricia A. Gitre
Attorney for *Defendant Gary L. Pierce*

GALLAGHER & KENNEDY, P.A.


By: /s/ Woody Thompson *(w/permission)*
Woody Thompson
Jay S. Volquardsen
Hannah H. Porter
Attorneys for *Defendant George H. Johnson*

ASHLEY D. ADAMS, P.L.C.


By: /s/ Ashley D. Adams *(w/permission)*
Ashley D. Adams
Attorney for *Defendant Sherry A. Pierce*

1   ORIGINAL e-filed and COPY of the foregoing
2   served via the CM/ECF System or U.S. Mail on
    April 20, 2018, to:
3

4   Elizabeth A. Strange, U.S. District Attorney
    Frederick A. Battista, Assistant U.S. Attorney
5   Frank T. Galati, Assistant U.S. Attorney
    Two Renaissance Square
6   40 N. Central Ave., Ste. 1200
7   Phoenix, Arizona 85004

8   Patricia A. Gitre
9   Patricia A. Gitre, P.L.C.
    801 N 1st Avenue
10  Phoenix, AZ 85003
    Attorney for *Defendant Gary L. Pierce*
11

12  Woodrow Thompson
    Jay S. Volquardsen
13  Hannah H. Porter
    Gallagher & Kennedy, P.A.
14  2727 East Camelback Rd
15  Phoenix, AZ 85016-9225
    Attorneys for *Defendant George H. Johnson*
16

17  Ashley D. Adams
    Ashley D. Adams, P.L.C.
18  8245 N. 85th Way
    Scottsdale, AZ 85258
19  Attorney for *Defendant Sherry A. Pierce*

20
    */s/Ivan K. Mathews*
21

22

23

24

25

26

27

28