IVAN K. MATHEW (SBN 011610)
SUSAN TURNER MATHEW (SBN: 012916)
**MATHEW & ASSOCIATES**
6245 N. 24th Parkway, Suite 207
Phoenix, Arizona 85016
Telephone: (602) 254-8088
ikmathew@mathewlaw.com
satmathew@mathewlaw.com

Attorneys for Defendant *James Norton*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>James Franklin Norton, *et al.*,<br><br>　　　　　Defendants. | No. CR-17-00713-PHX-JJT (JZB)<br><br>**NORTON'S MOTION IN LIMINE #2 MOTION TO PRECLUDE EVIDENCE OF R&R PARTNERS' PAYMENTS TO JAMES NORTON**<br><br>(Assigned to the Hon. John J. Tuchi) |

　　　　Defendant James Franklin Norton ("Norton"), represented by Ivan K. Mathew, requests that the Court preclude from trial all evidence of payments made to him by R&R Partners.

　　　　It is anticipated at trial that the government will seek to introduce checks made to Defendant Norton by R&R Partners. Checks made to Norton by R&R Partners do not represent funds which are in issue in this case. As such, the R&R Partners checks are not relevant. Rule 402, Fed. R. Evid. Irrelevant evidence is inadmissible. In addition, the checks payable to Norton from R&R Partners should be excluded from trial because Rule 403, Fed. R. Evid., allows this Court to exclude from trial information that would unfairly prejudice a party, constitute a waste of time, cause confusion or have little probative value.

　　　　The government should not introduce checks for the purpose of speculation and leaps

1

of logic. The R&R Partner checks at trial would serve only to bring about unproven speculation, waste of the court's time and confusion to the jury.  It should be precluded. Introduction of the checks will have no probative value in this case, while unfairly prejudicing Norton.  Rule 403.

As a result, the government should be precluded from introducing at trial the R&R Partners checks made payable to Norton.

RESPECTFULLY SUBMITTED this 20th day of April, 2018.

    MATHEW & ASSOCIATES

    By:  /s/ Ivan K. Mathew
        Ivan K. Mathew
        Attorneys for *Defendant James Norton*

    PATRICIA A. GITRE, P.L.C.

    By:  /s/ Patricia A. Gitre *(w/permission)*
        Patricia A. Gitre
        Attorney for *Defendant Gary L. Pierce*

    GALLAGHER & KENNEDY, P.A.

    By:  /s/ Woody Thompson *(w/permission)*
        Woody Thompson
        Jay S. Volquardsen
        Hannah H. Porter
        Attorneys for *Defendant George H. Johnson*

    ASHLEY D. ADAMS, P.L.C.

    By:  /s/ Ashley D. Adams *(w/permission)*
        Ashley D. Adams
        Attorney for *Defendant Sherry A. Pierce*

| | |
|---|---|
| 1 | ORIGINAL e-filed and COPY of the foregoing served via the CM/ECF System or U.S. Mail on April 20, 2018, to: |
| 2 | |
| 3 | |
| 4 | Elizabeth A. Strange, U.S. District Attorney<br>Frederick A. Battista, Assistant U.S. Attorney |
| 5 | Frank T. Galati, Assistant U.S. Attorney |
| 6 | Two Renaissance Square<br>40 N. Central Ave., Ste. 1200 |
| 7 | Phoenix, Arizona 85004 |
| 8 | Patricia A. Gitre |
| 9 | Patricia A. Gitre, P.L.C.<br>801 N 1st Avenue |
| 10 | Phoenix, AZ 85003 |
| 11 | Attorney for *Defendant Gary L. Pierce* |
| 12 | Woodrow Thompson<br>Jay S. Volquardsen |
| 13 | Hannah H. Porter |
| 14 | Gallagher & Kennedy, P.A.<br>2727 East Camelback Rd |
| 15 | Phoenix, AZ 85016-9225 |
| 16 | Attorneys for *Defendant George H. Johnson* |
| 17 | Ashley D. Adams |
| 18 | Ashley D. Adams, P.L.C.<br>8245 N. 85th Way |
| 19 | Scottsdale, AZ 85258<br>Attorney for *Defendant Sherry A. Pierce* |
| 20 | |
| 21 | */s/ Ivan K. Mathew* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |