IVAN K. MATHEW (SBN 011610)
SUSAN TURNER MATHEW (SBN: 012916)
**MATHEW & ASSOCIATES**
6245 N. 24th Parkway, Suite 207
Phoenix, Arizona 85016
Telephone: (602) 254-8088
ikmathew@mathewlaw.com
satmathew@mathewlaw.com

Attorneys for Defendant *James Norton*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>James Franklin Norton, *et al.*,<br><br>    Defendants. | No. CR-17-00713-PHX-JJT (JZB)<br><br>**NORTON'S MOTION IN LIMINE #3 MOTION TO PRECLUDE EVIDENCE OF R&R PARTNERS' PAYMENTS FROM GEORGE JOHNSON**<br><br>(Assigned to the Hon. John J. Tuchi) |

Defendant James Franklin Norton ("Norton"), represented by Ivan K. Mathew, requests that the Court preclude the government from introducing at trial evidence of payments made by George Johnson ("Johnson") to R&R Partners.

It is anticipated that the government will seek to introduce checks from Johnson to R&R Partners at trial in this matter. The checks between Johnson and R&R Partners do not represent funds that are at issue in this case. As such, Johnson's checks to R&R Partners are not relevant. Irrelevant evidence is inadmissible. Rule 402, Fed. R. Evid.

In addition, Rule 403, Fed. R. Evid., allows this Court to exclude evidence that would unfairly prejudice a party, constitute a waste of time, cause confusion or have little probative value.

1

It is anticipated that the government will raise the question of why Defendant Johnson used Kelly Norton and Sherry Pierce's services when he could have hired R&R Partners to do the political work in the East Valley. Such a question leads only to unfair speculation, which will unfairly prejudice Norton, waste the Court's time and confuse the jury. The checks from Johnson to R&R Partners have no probative value in this case and will result in the unfair prejudice due to guilt by payment to Defendants. Rule 403. In addition, the checks are cumulative, *id.*

As a result, the government should be precluded at trial from introducing the checks showing payments made by George Johnson to R&R Partners.

RESPECTFULLY SUBMITTED this 20th day of April, 2018.

                              MATHEW & ASSOCIATES

                              By: /s/ Ivan K. Mathew
                                    Ivan K. Mathew
                                    Attorneys for *Defendant James Norton*

                              PATRICIA A. GITRE, P.L.C.

                              By: /s/ Patricia A. Gitre *(w/permission)*
                                    Patricia A. Gitre
                                    Attorney for *Defendant Gary L. Pierce*

                              GALLAGHER & KENNEDY, P.A.

                              By: /s/ Woody Thompson *(w/permission)*
                                    Woody Thompson
                                    Jay S. Volquardsen
                                    Hannah H. Porter
                                    Attorneys for *Defendant George H. Johnson*

                              ASHLEY D. ADAMS, P.L.C.

                              By: /s/ Ashley D. Adams *(w/permission)*
                                    Ashley D. Adams
                                    Attorney for *Defendant Sherry A. Pierce*

ORIGINAL e-filed and COPY of the foregoing served via the CM/ECF System or U.S. Mail on April 20, 2018, to:

Elizabeth A. Strange, U.S. District Attorney
Frederick A. Battista, Assistant U.S. Attorney
Frank T. Galati, Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Ste. 1200
Phoenix, Arizona 85004

Patricia A. Gitre
Patricia A. Gitre, P.L.C.
801 N 1st Avenue
Phoenix, AZ 85003
Attorney for *Defendant Gary L. Pierce*

Woodrow Thompson
Jay S. Volquardsen
Hannah H. Porter
Gallagher & Kennedy, P.A.
2727 East Camelback Rd
Phoenix, AZ 85016-9225
Attorneys for *Defendant George H. Johnson*

Ashley D. Adams
Ashley D. Adams, P.L.C.
8245 N. 85th Way
Scottsdale, AZ 85258
Attorney for *Defendant Sherry A. Pierce*

*/s/ Ivan K. Mathew*